IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KRISTI HEARON,

        Plaintiff,

v.

ATLANTIC AVIATION OREGON FBO,
INC., an Oregon corporation,

        Defendant.

Case No. 3:14-cv-01602-SB

**ORDER OF DISMISSAL**

The Stipulated Motion to Dismiss (ECF No. 11), titled "Stipulated Dismissal" and filed on May 7, 2015, is GRANTED.

IT IS ORDERED that this action is DISMISSED with prejudice, with each party to bear its own attorney's fees and costs. Pending motions, if any, are DENIED AS MOOT. All pretrial deadlines are stricken.

DATED this 11th day of May, 2015.

                                      _/s/ Stacie F. Beckerman_
                                      STACIE F. BECKERMAN
                                      United States Magistrate Judge

1 -- ORDER OF DISMISSAL